JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   vs.<br><br>Jill Marie Jones,<br><br>       Defendant. | No. 2:20-mj-08217-JZB<br><br>MOTION TO CONTINUE PRELIMINARY HEARING, DETENTION HEARING AND CONTINUATION OF INITIAL APPEARANCE ON JULY 27, 2020 |

Defendant Jill Marie Jones, through undersigned counsel, respectfully moves this Court for an order continuing the preliminary hearing, detention hearing and continuation of initial appearance in the above matter currently set July 27, 2020, at 2:00 p.m., before Magistrate Judge Eileen S. Willett, for one week. The basis for this continuance is defense counsel's ongoing inability to communicate with Ms. Jones owing to limited communication capacity at the CoreCivic facility where Ms. Jones is housed.

To date, undersigned counsel has been provided only one 15-minute phone call with Ms. Jones at 10:00 a.m. on July 23, 2020 at which point undersigned

counsel had not been provided with a copy of the charging document and was unaware of what criminal conduct Ms. Jones had allegedly engaged in and could therefore not apprise Ms. Jones of the reason for her arrest. Counsel did not receive a copy of the charging document until approximately 11:45 a.m.

Immediately following the July 23, 2020 court date, undersigned counsel contacted the facility where Ms. Jones is housed to inquire about setting up a call with Ms. Jones to discuss her case. As the court is aware, in-person visits to the facility have been barred for public health reasons, and limited phone lines are available for attorney-client calls. Undersigned counsel was informed that no call times were available until July 28, 2020, at the earliest. It does not therefore appear possible that counsel will be able to speak with Ms. Jones in advance of the date currently set for her hearings and therefore requests that those hearings be continued by one week so that counsel can have the opportunity to consult with Ms. Jones and to discuss with her the charges before the hearings.

Undersigned counsel has been in contact with the Assistant United States Attorney assigned to this case, Lisa Jennis, who indicates that the government makes no objection to the requested continuance. Excludable delay is not expected to result from this motion or from an order based thereon.

Respectfully submitted:   July 24, 2020.

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*
JAMI JOHNSON
Asst. Federal Public Defender