IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Ana Rodriguez,<br><br>        Defendant. | No. 2:20-mj-08217-JZB<br><br>**ORDER** |

    Pending before the Court is Defendant's "Motion to Continue Preliminary Hearing, Detention Hearing and Continuation of Initial Appearance on July 27, 2020." (Doc. ____.)

    There being no objection, and after review, the Court will grant the Motion. Accordingly,

**IT IS ORDERED**:

    1.    The Motion (Doc. ___) is **granted**.

    2.    The July 27, 2020 Preliminary Hearing, Detention Hearing and Continuation of Initial Appearance is reset to _____.

    The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) from _____ to _____.

    DATED this _____ day of _____, 2020.