# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 03 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Preliminary Hearing     ☐ Non-Jury Trial     ☐ Jury Trial

USA vs. JONES, JILL, M.
*Last, First, Middle Initial*

20-8217 MJ
*Year-Case No-Deft No-Judge*

☐ GOVERNMENT     ☒ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Nicole K. Engstrom, FBI TFO | | 8/3/20 | 8/3/20 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |