UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 03 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# EXHIBIT LIST --- CRIMINAL

☒ Preliminary Hearing      ☐ Non-Jury Trial      ☐ Jury Trial

USA vs. JONES, JILL, M.                    20-8217 MJ
Last, First, Middle Initial                Year-Case No-Deft No-Judge

☒ GOVERNMENT      ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 8/3/20 | 8/3/20 | Criminal Complaint in 20-8217 MJ, U.S. v. Jill Marie Jones |
| 2. | 8/3/20 | 8/3/20 | Copy of Driver's licenses, Bank Card and Receipt for Jill Marie Jones |
| 3. | 8/3/20 | 8/3/20 | Copy of Passport for Jill Marie Jones |
| 4. | 8/3/20 | 8/3/20 | Copy of Luggage Receipt and Photo of Matching Luggage Tag (American Airlines) |
| 5. | 8/3/20 | 8/3/20 | Copy of Receipt from Walmart |
| 6. | 8/3/20 | 8/3/20 | Screen shot of Prepay Visa Card |
| 7. | 8/3/20 | 8/3/20 | Turkish Airlines Prepaid Luggage Receipt |
| 8. | 8/3/20 | 8/3/20 | Turkish Airlines Records for Flight Booked for Jill Marie Jones to Istanbul, Turkey |
| 9. | 8/3/20 | 8/3/20 | Jill Marie Jones' E-Visa for the Republic of Turkey |
| 10. | 8/3/20 | 8/3/20 | American Airline Itinerary for Jill Marie Jones' flight to Detroit, Michigan |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |