MICHAEL BAILEY
United States Attorney
District of Arizona
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>  Defendant. | No. 20-8217MJ<br><br>**NOTICE OF<br>ASSOCIATION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 1.7(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney David A. Pimsner is associated as counsel in the above referenced matter for the United States.

Respectfully submitted this 7th day of October, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona


_____
DAVID A. PIMSNER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on this 7th day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

Jamie Johnson


*s/ Norma Hernandez*
U.S. Attorney's Office