FILED ___ LODGED
RECEIVED ___ COPY

OCT 13 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M. DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
Assistant United States Attorney
DAVID A. PIMSNER
Assistant United States Attorney
Arizona Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lisa.Jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>             Defendant. | No. CR-20-00634-PHX-DWL (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 2339B(a)(1) and 2<br>Attempt to Provide Material Support and Resources to a Designated Foreign Terrorist Organization<br>(Count 1)<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning on a date unknown, but no later than on or about March 4, 2020, and continuing until on or about July 22, 2020, in the District of Arizona, and elsewhere, defendant, JILL MARIE JONES did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including money and property, to a foreign terrorist organization; that is, al Qaeda, which at all relevant times was designated by the Secretary of State as a Foreign Terrorist

Organization (FTO) pursuant to Section 219 of the Immigration and Nationality Act ("INA"), knowing that al Qaeda was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that al Qaeda engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the INA), and that al Qaeda engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

All in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21,

United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  October 13, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorneys