MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>        Defendant. | CR-20-00634-PHX-DWL (MHM)<br><br>**JOINT STATUS REPORT** |

The United States of America, by and through undersigned counsel, and Defendant, Jill Marie Jones, through counsel Jami Johnson, respectfully submits the following Joint Status Report.

On October 13, 2020, a federal grand jury returned a one-count Indictment against the defendant, Jill Marie Jones, for Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B and 2. The government alleges that discovery materials will contain highly sensitive information and sought an agreement with the defense to disclose materials subject to a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1). When the parties could not reach a consensus on the wording of the Protective Order, the government filed a Motion for Protective Order (Doc. 21) on November 2, 2020. Defendant filed her opposition to that motion on November 12, 2020. That motion is pending, awaiting further order of the

| | |
|---|---|
| 1 | Court. No discovery has been produced to date Accordingly, the matter will not be ready |
| 2 | to proceed to trial on December 1, 2020. |
| 3 | The discovery materials which the government intends to provide defense counsel |
| 4 | consists of copies of investigative reports, documents memorializing communications |
| 5 | between the Defendant and FBI Online Covert Employees (hereafter OCE-1 and OCE-2). |
| 6 | Those communications include screen shots, photographs, videos, social media |
| 7 | communications and other forms of communication between OCE-1, OCE-2, and Jones. |
| 8 | This disclosure will contain information, descriptors, photographs, video recordings or |
| 9 | other information, including but not limited to, any actual or cover name, identifier, or |
| 10 | online account name, that could lead to the identity of OCE-1 and OCE-2. Both OCE-1 |
| 11 | and OCE-2 are involved in other online investigations involving national security. The |
| 12 | government contends that asa result, the discovery materials include highly sensitive |
| 13 | information, the unrestricted dissemination of which could adversely affect national |
| 14 | security, law enforcement interests and the privacy interests of third parties. Defendant |
| 15 | contests that the government has made a showing sufficient to warrant issuance of a |
| 16 | protective order. |

Respectfully submitted this 12th day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Lisa E. Jennis*
LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorneys

## Certificate of Service

2  I hereby certify that on this 12th day of November, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant in this case:

Jami Johnson

*LEJ/nh*
U.S. Attorney's Office