MICHAEL BAILEY
United States Attorney
District of Arizona
LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-20-00634-PHX-DWL (MHM) |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR A PROTECTIVE ORDER** |
| vs. | |
| Jill Marie Jones, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, respectfully moves the Court for an extension of time to file a reply to Defendant's Response to Motion for a Protective Order (Doc 23). Additional time is needed to adequately respond to Defendant's objections and possibly meet a compromise as to the scope of the protective order. This would require coordination and consultation with FBI headquarters. The government is requesting an extension until December 10, 2020.

Undersigned counsel contacted Jami Johnson, counsel for the Defendant, and she does not object to this extension.

Respectfully submitted this 19th day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Lisa E. Jennis*
LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorneys

<u>Certificate of Service</u>

I hereby certify that on this 19th day of November, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*s/Theresa A. Hanson*
U.S. Attorney's Office