MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
Assistant United States Attorney
DAVID A. PIMSNER
Assistant United States Attorney
Arizona Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lisa.Jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Jill Marie Jones, | |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion for an Extension of Time to File a Reply to Defendant's Response to Motion for Protective Order is GRANTED.

**IT IS FURTHER ORDERED** extending the time for the Government to file a reply to Defendant's Response to Motion for a Protective Order until the _____ day of December, 2020.

_____
HONORABLE DOMINIC W. LANZA
United States District Court Judge