JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**<br><br>(First Request)<br><br>Trial set December 1, 2020 |

　　　Defendant Jill Marie Jones, through undersigned counsel, respectfully responds to this Court's Order (Doc. 25) for a status report regarding whether the parties intend to proceed to trial. Ms. Jones has been informed by the government that discovery in this case will be arriving today, November 20, 2020. Ms. Jones therefore requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of November 11, 2020. In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of December 1, 2020. These continuances are necessary to afford Ms. Jones an opportunity to review the government's disclosures.

1  Defense counsel contacted Assistant United States Attorney Lisa Jennis, who advised that the United States has no objection.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:   November 20, 2020

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*
JAMI JOHNSON
Asst. Federal Public Defender

2