IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>              Defendant. | CR-20-00634-1-PHX-DWL<br><br>**ORDER** |

Upon motion of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion for an Extension of Time to File a Reply to Defendant's Response to Motion for Protective Order is GRANTED (Doc. 26).

**IT IS FURTHER ORDERED** extending the time for the Government to file a reply to Defendant's Response to Motion for a Protective Order until **December 10, 2020.**

Dated this 20th day of November, 2020.

_____
Dominic W. Lanza
United States District Judge