MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | CR-20-00634-PHX-DWL (MHM)<br><br>**SUPPLEMENT JOINT STATUS REPORT** |

　　　　The United States of America, by and through undersigned counsel, and Defendant, Jill Marie Jones, through counsel Jami Johnson, respectfully submit the following Supplement Joint Status Report.

　　　　The parties having conferred on this matter have taken the following steps: The United States has provided initial discovery and in response to Defendant's objections to the proposed protective order is working to narrow the scope of the protective order.  Due to the nature of this case, the United States is required to receive approval from the Federal Bureau of Investigation's Office of General Counsel to modify the proposed protective

//

//

//

order.  Also, today defense counsel filed an unopposed Motion to Continue the Trial set for December 1, 2020.

      Respectfully submitted this 20th day of November, 2020.

                      MICHAEL BAILEY
                      United States Attorney
                      District of Arizona

                      */s/ Lisa E. Jennis*
                      LISA E. JENNIS
                      DAVID A. PIMSNER
                      Assistant U.S. Attorneys

Certificate of Service

I hereby certify that on this 20th day of November, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant in this case:

Jami Johnson


*LEJ/th*
U.S. Attorney's Office