# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00634-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | **(First Request)** |
| Jill Marie Jones, | |
| Defendant. | |

Upon motion of Defendant with no objection from the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Trial and Extend Time to File Pretrial Motions (Doc. 27), for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based on the following facts: (a) the President of the United States has declared a public health emergency in response to the spread of the COVID 19 virus; (b) the Governor of Arizona has also declared a public health emergency; (c) the Chief Judge of this Court has entered General Orders 20-35, 20-36 and 20-40 in response to the public health emergency; (d) the

Court's ability to obtain and screen a fair cross-section of jurors has been impaired by the public health emergency; and (e) potential health risks raised by convening a large number of jurors for jury selection, and by holding daily trial involving counsel and their assistants, court staff, representatives of the Marshal's office, jurors, and the parties, could distract participants or hurry the trial process in a manner inconsistent with the ends of justice. This Court also specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED continuing Trial from December 1, 2020, to **February 2, 2021, at 9:00 a.m.**

IT IS FURTHER ORDERED continuing the pretrial motions deadline until **December 21, 2020.**

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) from **December 2, 2020,** to **February 2, 2021.**

Dated this 23rd day of November, 2020.

_____
Dominic W. Lanza
United States District Judge