MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
Assistant United States Attorney
DAVID A. PIMSNER
Assistant United States Attorney
Arizona Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jill Marie Jones,<br><br>Defendant. | CR-20-00634-PHX-DWL<br><br>**GOVERNMENT'S MOTION TO EXCEED PAGE LIMITATION PURSUANT TO LOCAL RULE** |

The United States of America, by and through counsel undersigned, moves this court for an order allowing the government to exceed the page limitation pursuant to Local Rule of Civil Procedures, 7.2(e), as incorporated by local Rule of Criminal Procedure 47.l, with respect to its pleading entitled "Government's Reply to Defendant's Responses to Motion for Protective Order Pursuant to Fed. R. Crim. P. 16."

The Government's Motion will exceed the page limitation of 11 pages because an additional page was needed to adequately address the issues raised by the Defendant's Response to the Motion for Order of Protective. For these reasons, the government requests the Court grant permission to exceed the page limitation by approximately one page.

Respectfully submitted this 10th day of December, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ David Pimsner*
DAVID A. PIMSNER
LISA E. JENNIS
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Jami Johnson


 *s/DAP/nh*
U.S. Attorney's Office

- 2 -