IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>            Defendant. | CR-20-00634-PHX-DWL<br><br>**ORDER** |

Pursuant to the Government's Motion and good cause appearing,

**IT IS HEREBY ORDERED** granting the government's Motion to Exceed Page Limitation Pursuant to Local Rule.

DATED this _____ day of December, 2020.


                                                    _____
                                                    HONORABLE DOMINIC W. LANZA
                                                    United States District Judge