MICHAEL BAILEY
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant United States Attorney
DAVID A. PIMSNER
Assistant United States Attorney
Arizona Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | **MOTION TO SEAL ADDENDUM** |
| v. | |
| Jill Marie Jones, | (Filed Under Seal) |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, move the Court for an Order sealing the Addendum to the Government's Reply to Defendant's Response to Motion for Protective Order pursuant to Fed. R. Crim. P. 16 (Doc. 23).

The government's respectfully requests that Addendum A be sealed, because the addendum describes the FBI's Online Covert Employee (OCE) program. Additionally, it illustrates the types of harm relating to investigative techniques, strategies and personal risk to the OCEs that could occur. Accordingly, the government requests that the addendum be sealed.

Respectfully submitted this 10th of December, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ David A. Pimsner*
DAVID A. PIMSNER
LISA E. JENNIS
Assistant U.S. Attorneys