IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Jill Marie Jones,<br><br>　　　　　　　Defendant. | CR-20-00634-PHX-DWL<br><br>**ORDER**<br><br>(Under Seal) |

Pursuant to the Government's Motion to Seal and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Seal the Addendum to Government's Reply to Defendant's Response to Motion for Protective Order Pursuant To Fed. R. Crim. P. 16.

**IT IS FURTHER ORDERED** sealing Addendum A to Government's Reply to Defendant's Response to Motion for Protective Order Pursuant to Fed. R. Crim. P. 16., the Motion to Seal and this Order.

DATED this _____ day of December, 2020.

　　　　　　　　　　　　　　　　　HONORABLE DOMINIC W. LANZA
　　　　　　　　　　　　　　　　　United States District Judge