IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br>　　vs.<br>Jill Marie Jones,<br>　　　　　　Defendant. | CR-20-00634-1-PHX-DWL<br><br>**ORDER** |

　　Pursuant to the Government's Motion and good cause appearing,

　　**IT IS HEREBY ORDERED** granting the Government's Motion to Exceed Page Limitation Pursuant to Local Rule.

　　Dated this 15th day of December, 2020.

_____
Dominic W. Lanza
United States District Judge