JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>  Defendant. | No. CR-20-00634-PHX-DWL<br><br>MOTION TO STRIKE OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY |

Defendant Jill Marie Jones ("Ms. Jones"), through undersigned counsel, hereby moves to strike the government's reply to defendant's response to motion for protective order (Doc. 35), or, in the alternative for leave to file a sur-reply. The basis for this motion is that while nominally titled, "reply," government's reply is not a reply but is rather a wholesale abandonment of its original motion for a protective order accompanied by a request that an entirely different protective order to be entered. It is a well-established rule of procedure that a Court should not consider arguments raised for the first time in reply. *Delgadillo v. Woodford*, 527 F.3d 919, 930 n.4 (9th Cir. 2008) ("Arguments raised for the first time in [the] reply brief are deemed waived."); *Marlyn Nutraceuticals, Inc. v. Improvita Health Prods.*, 663 F. Supp. 2d 841, 848 (D. Ariz. 2009); *see also Udd v. City of Phoenix*,

Case No. 18-cv-016160-PHX-DWL, 2020 U.S. Dist. LEXIS 55766 at *23 (D. Ariz., Mar. 31, 2020) ("Indeed, the general rule is that '[t]he district court need not consider arguments raised for the first time in a reply brief.'") (quoting *Zamani v. Carnes*, 481 F.3d 990, 997 (9th Cir. 2007).)

      Defendant objects to the entry of the protective order attached to the government's reply but has been deprived by the manner of filing of the opportunity to respond. Defendant therefore requests that this Court strike the government's reply as improper and enter and order denying the government's motion. In the alternative, defendant requests that she be given leave to file a sur-reply and sufficient opportunity to prepare such a filing.

      Respectfully submitted:   December 15, 2020.

JON M. SANDS
Federal Public Defender

*s/Jami Johnson*
JAMI JOHNSON
Asst. Federal Public Defender