IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | CR-20-00634-1-PHX-DWL<br><br>**ORDER** |

Pursuant to the Government's Motion to Seal and good cause appearing,

**IT IS HEREBY ORDERED** granting in part and denying in part the Government's Motion to Seal (Doc. 33).

**IT IS FURTHER ORDERED** sealing Addendum A to Government's Reply to Defendant's Response to Motion for Protective Order Pursuant to Fed. R. Crim. P. 16. The Government's Motion to Seal and this Order shall be filed on the public docket.

Dated this 15th day of December, 2020.

Dominic W. Lanza
United States District Judge