MICHAEL BAILEY
United States Attorney
District of Arizona

LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>              Defendant. | CR-20-00634-PHX-DWL (MHM)<br><br>**JOINT STATUS REPORT** |

The United States of America, by and through undersigned counsel, and Defendant, Jill Marie Jones, through counsel Jami Johnson, respectfully submit the following Joint Status Report.

The parties having conferred on this matter give the following joint status report: The parties are unable to proceed to trial on February 2, 2021, because discovery is not complete. While there has been initial disclosure provided to the defense, the disclosure subject to the protective order (Doc. 42) has not been provided but the government advises it will be disclosed by January 19, 2021. The government advises that any delay was related to United States' requirement to receive approval from the Federal Bureau of Investigation's Office of General Counsel to disclose certain information.

In addition to the discovery to be provided on January 19, 2021, Ms. Jones has requested disclosure of the materials seized from her upon her arrest in July 2020. Ms. Jones requested disclosure of these and other materials October 15, 2020. The government intends to seek a separate protective order for these materials, which defendant intends to oppose.

Respectfully submitted this 15th day of January, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Lisa E. Jennis*
LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorneys

1 | Certificate of Service

I hereby certify that on this 15th day of January, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant in this case:

Jami Johnson


*LEJ/th*
U.S. Attorney's Office