JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>          Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Jill Marie Jones, defendant in the above-named case, appeals to the U.S. Court of Appeals for the Ninth Circuit from the Order granting the government's motion for a protective order entered on January 4, 2021 (Doc. 42) and from the order denying Ms. Jones' motion for reconsideration of that Order entered on January 22, 2021 (Doc. 47).

          Respectfully submitted:   February 5, 2021

                                      JON M. SANDS
                                      Federal Public Defender

                                       *s/Jami Johnson*
                                       JAMI JOHNSON
                                       Asst. Federal Public Defender