JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

DANIEL L. KAPLAN, State Bar #021158
Assistant Federal Public Defender
Attorney for Defendant
dan_kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br>vs.<br>Jill Marie Jones,<br>  Defendant. | No. CR-20-00634-PHX-DWL<br>**NOTICE OF APPEARANCE** |

    Daniel L. Kaplan, Assistant Federal Public Defender, hereby gives Notice of Appearance on behalf of defendant Jill Marie Jones for representation in CR-20-00634-PHX-DWL in all proceedings before this Honorable Court.

    Respectfully submitted: February 22, 2021.

                                    JON M. SANDS
                                    Federal Public Defender

                                    s/ *Daniel L. Kaplan*
                                    DANIEL L. KAPLAN
                                    Assistant Federal Public Defender