UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| United States of America, ) | |
| ) | CR-20-00634-DWL-1 |
| Plaintiff, ) | |
| ) | Phoenix, Arizona |
| vs. ) | October 21, 2020 |
| ) | 10:27 A.M. |
| Jill Marie Jones, ) | |
| ) | |
| Defendant. ) | |

BEFORE:  THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE

TRANSCRIPT OF PROCEEDINGS

ARRAIGNMENT

APPEARANCES:

For the Government:  (Telephonically)
         U.S. Attorney's Office
         By: JACQUELINE SCHESNOL, ESQ.
         40 North Central Avenue, Suite 1800
         Phoenix, AZ  85004

For the Defendant Jill Marie Jones:
         Federal Public Defender's Office
         By: JAMI SUZANNE JOHNSON, ESQ.
         850 West Adams Street, Suite 201
         Phoenix, AZ  85007

Transcriptionist:
Barbara H. Stockford
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 39
Phoenix, Arizona  85003-2151
(602) 322-7247

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1              THE COURTROOM DEPUTY:  Case No. CR-20-634.  USA versus
 2   Jill Marie Jones.  Before the Court for arraignment.
 3              Counsel, please announce for the record.
 4              MS. SCHESNOL:  Good morning, Your Honor.
 5   Jacqueline Schesnol standing in for Lisa Jennis representing
 6   the United States.
 7              THE COURT:  Good morning, Ms. Schesnol.
 8              MS. JOHNSON:  Good morning, Your Honor.  Jami Johnson
 9   for Jill Marie Jones who is not present but who is appearing
10   via video link from the jail where she is in custody.
11              THE COURT:  Good morning, Ms. Johnson.  Good morning,
12   Ms. Jones.
13              THE DEFENDANT:  Good morning.
14              THE COURT:  Ms. Jones, after having consulted with
15   your attorney, did you agree to appear by video today?
16              THE DEFENDANT:  I did.
17              THE COURT:  The Court finds it's in the interests of
18   justice to so proceed.
19              Go right ahead, Ms. Johnson.
20              MS. JOHNSON:  Your Honor, I met with -- or I spoke on
21   the telephone with Ms. Jones yesterday and reviewed the
22   indictment against her.  She understands the charge against
23   her.  Her name is spelled correctly in the caption.  We waive a
24   formal reading of the indictment and ask the Court to enter a
25   plea of not guilty as to Count 1 and a denial as to the
```

```
 1  forfeiture allegation.
 2          THE COURT:  Your plea of not guilty is hereby entered
 3  into the record as well as your denial of the forfeiture
 4  allegation.  It is ordered setting a deadline of 21 days for
 5  pretrial motions.  Your firm trial date is Tuesday, December 1,
 6  2020, at 9:00 A.M.  Your judge, ma'am, is Judge Lanza.
 7          Counsel, that is currently scheduled in Courtroom 601,
 8  to be determined at a later date however.
 9          MS. JOHNSON:  Thank you.
10          THE COURT:  Your attorney is going to be in back in
11  contact with you, Ms. Jones, to prepare you for your case.
12          Anything further from the government?
13          MS. SCHESNOL:  No, Your Honor.  Thank you.
14          THE COURT:  Anything further from the defense?
15          MS. JOHNSON:  No, Your Honor.
16          THE COURT:  Ms. Jones, in order to get out of that
17  room, just knock loudly on the door and the guard will come and
18  get you and take you back to your pod, ma'am.
19          THE DEFENDANT:  Thank you.
20          THE COURT:  You're welcome.
21             (Proceedings adjourned at 10:29 a.m.)
22
23
24
25
```

**C E R T I F I C A T E**

I, BARBARA H. STOCKFORD, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 1st day of March 2021.


s/Barbara H. Stockford
Barbara H. Stockford