JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>   Defendant. | No. CR-20-00634-PHX-DWL<br><br>**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**<br><br>(Third Request)<br><br>Trial set April 6, 2021 |

   Defendant Jill Marie Jones, through undersigned counsel, respectfully responds to this Court's Order (Doc. 61) for a status report regarding whether the parties intend to proceed to trial. Ms. Jones hereby informs the court that the parties do not intend to seek an April trial date and requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of March 22, 2021. In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of April 6, 2021.

   These continuances are necessary because Ms. Jones understands that there is still a substantial amount of discovery outstanding in this case, which she will need time to receive and review.

Defense counsel contacted Assistant United States Attorney Lisa Jennis, who advised that the United States has no objection.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: March 15, 2021

JON M. SANDS
Federal Public Defender

 s/Jami Johnson
JAMI JOHNSON
Asst. Federal Public Defender