PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

LISA E. JENNIS
DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: lisa.jennis@usdoj.gov
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-20-00634-PHX-DWL (MHM) |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| Jill Marie Jones, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, and Defendant, Jill Marie Jones, through counsel Jami Johnson, respectfully submit the following Joint Status Report.

The parties having conferred on this matter give the following joint status report: On March 15, 2021, Defendant filed an unopposed Motion to Continue the April 6th trial date for 60 days.  There is a voluminous amount of discovery in this case, most of which has been disclosed.  However, due to the sensitivity of this matter there is some additional disclosure remaining.

1

2                Respectfully submitted this 16th day of March, 2021.

3

4                           PAUL ANTHONY MARTIN
                          Acting United States Attorney

5                           District of Arizona

6                           */s/ Lisa E. Jennis*

7                           LISA E. JENNIS
                          DAVID A. PIMSNER

8                           Assistant U.S. Attorneys

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Certificate of Service</u>

  I hereby certify that on this 16th day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant in this case:

Jami Johnson


*LEJ/th*_____
U.S. Attorney's Office