1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8

9    United States of America,              No. CR-20-00634-1-PHX-DWL

10                    Plaintiff,                          ORDER

11           vs.
                                                     (Fifth Request)
12   Jill Marie Jones,

13                    Defendant.

14          Upon motion of Defendant with no objection from the Government, and good
15   cause appearing,
16          IT IS ORDERED granting Defendant's Motion to Continue Trial and Extend Time
17   to File Pretrial Motions (Doc. 67), for the reasons stated in Defendant's motion, including
18   that defense counsel needs additional time to prepare for trial.
19          This Court specifically finds that the ends of justice served by granting a
20   continuance outweigh the best interests of the public and the defendant in a speedy trial.
21   This finding is based upon the Court's conclusion that the failure to grant such a
22   continuance would deny Defendant the reasonable time necessary for effective
23   preparation, taking into account the exercise of due diligence. 18 U.S.C. §
24   3161(h)(7)(B)(iv).
25   …
26   …
27
28

IT IS FURTHER ORDERED continuing Trial from August 3, 2021, to **October 5, 2021, at 9:00 a.m.**

IT IS FURTHER ORDERED continuing the pretrial motions deadline until **August 23, 2021.**

The Court finds excludable delay under 18 U.S.C. §3161(h)(7)(A) and (B) from **August 4, 2021,** to **October 5, 2021.**

Dated this 15th day of June, 2021.

_____
Dominic W. Lanza
United States District Judge