JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD, #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>Jill Marie Jones,<br><br>           Defendant. | No. CR-20-00634-PHX-DWL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

  Assistant Federal Public Defender Mark Rumold, District of Arizona, hereby gives notice that he is substituted as counsel of record for defendant, terminating Jami Johnson, Assistant Federal Public Defender, for all further proceedings in this case.

  It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

. . .

. . .

. . .

. . .

. . .

. . .

Respectfully submitted: July 21, 2021.

JON M. SANDS
Federal Public Defender

*s/Mark Rumold*
MARK RUMOLD
Asst. Federal Public Defender