JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California State Bar No. 279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>            Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**<br><br>(Sixth Request)<br><br>Trial set for October 5, 2021 |

      Defendant Jill Marie Jones, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of August 23, 2021. In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of October 5, 2021.

      These continuances are necessary because counsel was recently appointed to represent Ms. Jones in this matter. Additional time is therefore necessary to allow counsel to meet with Ms. Jones, to begin to review discovery, and to otherwise provide effective assistance of counsel.

      Defense counsel contacted Assistant United States Attorneys David Pimsner and Lisa Jennis, who advised that the United States has no objection.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:   August 18, 2021

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender