GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN C. HAKALA
Assistant U.S. Attorney
Colorado State Bar No. 41335
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: kevin.hakala@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>              Defendant. | No. CR20-0634-PHX-DWL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Kevin C. Hakala is substituted in place of Assistant United States Attorney Lisa Jennis as attorney for the United States.

Respectfully submitted this 29th day of November, 2021.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Kevin C. Hakala*
KEVIN C. HAKALA
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on 29th day of November, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

*s/Norma Hernandez*
U.S. Attorney's Office