JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Jill Marie Jones,<br><br>          Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**<br><br>(Eighth Request)<br><br>Trial set for February 1, 2022 |

      Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of December 20, 2021. In addition, Ms. Jones requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of February 1, 2022.

      These continuances are necessary because counsel was recently appointed to represent Ms. Jones in this this complex matter and additional time is necessary to continue to review discovery, to investigate the case, engage in plea negotiations, prepare for trial, and to otherwise provide effective assistance of counsel. Additionally, defense counsel will be on paternity leave from mid-December to

mid-January, which will further prevent counsel from providing effective assistance to Ms. Jones.

Defense counsel contacted Assistant United States Attorney David Pimsner about the requested continuances, and Mr. Pimsner advised that the United States has no objection

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:   August 18, 2021

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender