```
JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**<br>**AND**<br>**MOTION TO CONTINUE TRIAL**<br><br>**(Defendant in Custody)**<br><br>(Ninth Request)<br><br>Trial set for April 5, 2022 |

　　　　Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of February 22, 2022. In addition, Ms. Jones requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of April 5, 2022.

　　　　These continuances are necessary because counsel was appointed to represent Ms. Jones less than a year ago in this this complex matter and additional time is necessary to continue to review discovery, to investigate the case, engage in plea negotiations, prepare for trial, and to otherwise provide effective assistance of counsel.

     Defense counsel contacted Assistant United States Attorney David Pimsner about the requested continuances, and Mr. Pimsner advised that the United States has no objection

     Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

     Respectfully submitted:   February 22, 2022

                                       JON M. SANDS
                                       Federal Public Defender

                                       _s/Mark Rumold_
                                       MARK RUMOLD
                                       Asst. Federal Public Defender