JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE L. McCLELLAN, State Bar #015902
Asst. Federal Public Defender
Attorney for Defendant
jane_mcclellan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| Jill Marie Jones, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona, that Assistant Federal Public Defender Jane L. McClellan is added as co-counsel with Assistant Federal Public Defender Mark Rumold, as attorneys for the Defendant.

Respectfully submitted:    April 20, 2022.

JON M. SANDS
Federal Public Defender

*s/Jane L. McClellan*
JANE L. McCLELLAN
Asst. Federal Public Defender