JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No.  CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | **MOTION TO RESET TIME TO FILE PRETRIAL MOTIONS** |
| vs. | **AND** |
| Jill Marie Jones, | **MOTION TO CONTINUE TRIAL** |
| Defendant. | **(Defendant in Custody)** |
| | (Tenth Request) |
| | Trial set for June 7, 2022 |

    Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue the trial date for a period of at least ninety (90) days from the current date of June 7, 2022. Ms. Jones additionally requests the Court reset the pretrial motion deadline.

    Defense counsel continues to investigate and diligently prepare this case for trial. However, additional time is necessary for several reasons. First, an additional attorney recently joined the defense, and counsel requires time to review the case file and familiarize herself with the case. Second, discovery is ongoing. The parties continue to discuss and dispute the scope of appropriate discovery in this matter, and it is expected that, in the coming months, the Court's intervention may be

necessary. Third, counsel for Ms. Jones will be on family leave from May 2022 until August 2022. Although counsel will continue to work on Ms. Jones case during this time, progress will be slower.

For all these reasons, in addition to the need to continue to investigate and prepare for trial in this complex matter, Ms. Jones respectfully asks that the motion be granted.

Defense counsel contacted Assistant United States Attorney Kevin Hakala about the requested continuances, and Mr. Hakala advised that the United States has no objection

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:   April 27, 2022

                JON M. SANDS
                Federal Public Defender

               *s/Mark Rumold*
                MARK RUMOLD
                Asst. Federal Public Defender