IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Jill Marie Jones, | (Tenth Request) |
| Defendant. | |

Upon motion of Defendant with no objection from the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Trial and Reset Time to File Pretrial Motions (Doc. ____), for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1  IT IS FURTHER ORDERED continuing the trial from June 7, 2022 to
2  _____, 2022 at 9:00 a.m.
3  IT IS FURTHER ORDERED continuing the pretrial motions deadline until
4  _____, 2022.
5  The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and
6  (B) will commence from _____ to _____.
7  DATED this _____ day of _____, 2022.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28