JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JANE L. McCLELLAN, #015902
Asst. Federal Public Defender
jane_mcclellan@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00634-PHX-DWL |
| Plaintiff, | |
| vs. | **MOTION TO FILE UNDER SEAL** |
| Jill Marie Jones, | **(Filed Under Seal)** |
| Defendant. | |

      Defendant Jill Marie Jones, through undersigned counsel, respectfully requests that the Notice of Filing and Exhibit A, be filed under seal, along with this Motion to File Under Seal and Order due to the confidential information contained therein regarding the protective order.

      It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

      Respectfully submitted:   May 2, 2022.

                          JON M. SANDS
                          Federal Public Defender

                         s/Jane L. McClellan
                          JANE L. McCLELLAN
                          Asst. Federal Public Defender
                          Attorney for Defendant

1  Copy of the foregoing transmitted
   by ECF for filing *under seal*

2  this 2nd day of May 2022, to:

3  Clerk's Office
   United States District Court

4  Sandra Day O'Connor Courthouse
   401 W. Washington

5  Phoenix, Arizona 85003

6

7  *s/Jane L. McClellan / ny*
   Jane L. McClellan / ny

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28