IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>　　　Defendant. | No. CR-20-00634-PHX-DWL<br><br>**ORDER TO SEAL**<br><br>**(Filed under seal)** |
|---|---|

　　　Upon motion of the Defendant and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the Motion to File Under Seal is granted.

　　　IT IS FURTHER ORDERED directing the Clerk of the Court to file Defendant's Notice of Filing along with Exhibit A (Doc.___) under seal, along with this Motion to File Under Seal and Order, pursuant to Electronic case Filing Administrative Policies and Procedures Manuel § II.J.

　　　The Court finds excludable delay under 18 Title U.S.C. § 3161(h)(8) from _____ to _____.

　　　Dated this ____ day of May 2, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Dominic W. Lanza
　　　　　　　　　　　　　　　　　　　　　United States District Judge