IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>    Defendant. | No. CR-20-00634-1-PHX-DWL<br><br>**ORDER** |

Upon motion of Defendant, and good cause appearing therefore,

IT IS ORDERED granting in part Defendant's Motion to Seal (Doc. 92).

IT IS FURTHER ORDERED sealing Defendant's Notice of Filing along with Exhibit A pursuant to the Electronic Case Filing Administrative Policies and Procedures Manuel § II.J. Defendant's Motion to Seal and this Order shall be filed on the public docket.

The Court finds excludable delay under 18 Title U.S.C. § 3161(h)(8) from _____ to _____.

Dated this 2nd day of May, 2022.

_____
Dominic W. Lanza
United States District Judge