JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD,
Cal. State Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 20-CR-00634-PHX-DWL |
|---|---|
| Plaintiff, | **REQUEST FOR STATUS CONFERENCE** |
| vs. | |
| Jill Marie Jones, | |
| Defendant. | |

       Jill Marie Jones, through counsel, respectfully requests the Court hold a status conference in this matter to establish a firm schedule for the resolution of this case, including setting a firm trial date.

       Pretrial motions are currently due July 25, 2022, and trial is scheduled for September 7, 2022. The Court's prior order (Dkt. #91) indicated no further trial continuances would be granted. Defense counsel continues to prepare for trial in this complex matter, which includes reviewing a voluminous discovery. Counsel believes the Court's guidance on a firm trial schedule will facilitate those ongoing trial preparations, as well as ongoing plea negotiations.

       For the above-stated reasons, counsel for the defendant requests that a status conference be held to set a firm schedule for the resolution of this case.

1  It is not expected that excludable delay will result from this motion or
2  from an order based thereon.
3           Respectfully submitted:  June 27, 2022.

                              JON M. SANDS
                              Federal Public Defender

                               *s/Mark Rumold*
                              MARK RUMOLD
                              Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing June 27, 2022, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

David Pimsner
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Jill Marie Jones
Defendant

  *s/mm*