IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>           Defendant | No. 20-CR-00634-PHX-DWL<br><br>**ORDER** |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED setting a status conference to establish a firm schedule for the resolution of this case, including setting a firm trial date on _____, 2022 at _____, before the Honorable Dominic W. Lanza, Courtroom _____.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.