IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Jill Marie Jones,<br><br>            Defendant. | CR-20-00634-PHX-DWL<br><br>**[PROPOSED] ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER** |

Having considered the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III, and Motion to Designate Classified Information Security Officer, the Court FINDS:

That the United States has notified the Court that this case may involve classified information;

That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO"); and

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.  Good cause appearing,

IT IS HEREBY ORDERED setting a CIPA Section 2 Pretrial Conference on _____ at _____.

IT IS FURTHER ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456,  94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Mr. Connor B. Morse, Security Specialist, as the Classified Information Security Officer in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Daniel O. Hartenstine, Patrice E. King, Daniella M. Medel, Matthew W. Mullery, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Court Security Officers in the above-captioned matter.

Dated this \_\_\_\_ day of _____, 2022.

_____
HONORABLE DOMINIC W. LANZA
United States District Judge