IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>vs.<br><br>Jill Marie Jones,<br><br>               Defendant. | CR-20-00634-1-PHX-DWL<br><br>**ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER** |

Having considered the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III, and Motion to Designate Classified Information Security Officer (Doc. 102), the Court FINDS:

That the United States has notified the Court that this case may involve classified information;

That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO"); and

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.  Good cause appearing,

IT IS ORDERED setting a CIPA Section 2 Pretrial Conference on **November 15, 2022, at 3:00 p.m.** in Courtroom 601.

IT IS FURTHER ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Mr. Connor B. Morse, Security Specialist, as the Classified Information Security Officer in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Daniel O. Hartenstine, Patrice E. King, Daniella M. Medel, Matthew W. Mullery, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Court Security Officers in the above-captioned matter.

Dated this 8th day of November, 2022.

Dominic W. Lanza
United States District Judge