JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JANE MCCLELLAN
MARK RUMOLD
Cal. Bar # 279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE CIPA SECTION 2 PRETRIAL CONFERENCE** |
| vs. | (First Request) |
| Jill Marie Jones, | |
| Defendant. | Trial set April 11, 2023 |

Defendant Jill Marie Jones, through undersigned counsel, respectfully requests this Court continue the CIPA Section 2 Pretrial Conference, currently set for November 15, 2022 at 3:00 pm.

Counsel for Ms. Jones will out-of-state on prearranged travel—for work and, subsequently, the Thanksgiving holiday— from November 14 - November 25, 2022. Counsel respectfully requests the pretrial conference be rescheduled anytime on or after November 28, 2022.

Defense counsel contacted Assistant United States Attorney David Pimsner, who advised that the United States has no objection.

…

…

Excludable delay will not occur as a result of this motion.

Respectfully submitted:   November 10, 2022

                                      JON M. SANDS
                                      Federal Public Defender

                                      *s/Mark Rumold*
                                      MARK RUMOLD
                                      Asst. Federal Public Defender