IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>    Defendant. | No. CR-20-00634-1-PHX-DWL<br><br>ORDER<br><br>(First Request) |

   Upon motion of Defendant, with no objection from the Government, and good cause appearing,

   IT IS ORDERED granting Defendant's Motion to Continue CIPA Section 2 Pretrial Conference (Doc. 104) for the reasons stated in Defendant's motion

   IT IS FURTHER ORDERED continuing the CIPA Section 2 Pretrial Conference from November 15, 2022, to **November 28, 2022, at 3:00 p.m.**

   Dated this 14th day of November, 2022.

                              Dominic W. Lanza
                              United States District Judge