GARY M. RESTAINO
United States Attorney
District of Arizona

AMY C. CHANG
Assistant U.S. Attorney
Arizona Bar No. 027566
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Amy.Chang @usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   vs.<br><br>Jill Marie Jones,<br><br>             Defendant. | No.CR-20-00634-PHX-DWL<br><br>**NOTICE OF<br>SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Amy Chang, is substituted in place of Assistant United States Attorney Kevin Hakala as attorney for the United States.

Respectfully submitted this 5th day of December, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s Amy Chang*
AMY CHANG
Assistant U.S. Attorney

1

**CERTIFICATE OF SERVICE**

2

3            I hereby certify that on December 5. 2022, I electronically transmitted the attached

4    document to the Clerk's Office using the CM/ECF System for filing a copy to the following

5    CM/ECF registrant:

6            Mark Thomas Rumold
             Daniel Lee Kaplan
7            Jane L. McClellan
             Attorneys for defendant
8

9
     */s Alexandria Gaulin* _____
10   U.S. Attorney's Office

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -