# WAIVER OF INDICTMENT

FILED ___ LODGED
RECEIVED ___ COPY

DEC 19 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br>   Defendant. | No. CR-20-00634-PHX-DWL |

JILL MARIE JONES, the above-named defendant, who is accused of Concealment of Funds Intended to Support Acts of Terrorism, in violation of Title 18, United States Code, Section 2339C(c)(1)(A) and (2)(A), being advised of the nature of the charge and of her rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JILL MARIE JONES
Defendant

_____
MARK RUMOLD
Counsel for Defendant

Date  12/15/22