GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
AMY C. CHANG
Arizona State Bar No. 027566
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: david.pimsner@usdoj.gov
Email: amy.chang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | No. CR-20-00634-PHX-DWL<br><br>**I N F O R M A T I O N**<br><br>**VIO:** Concealment of Funds Intended to Support Acts of Terrorism<br>(18 U.S.C. §§ 2339C(c)(1)(A) and (2)(A))<br>Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

On or between March 4, 2020 and July 22, 2020 in Maricopa County, within the District of Arizona, and elsewhere, the defendant, JILL MARIE JONES, did knowingly conceal and disguise the nature, location, source, ownership and control of material support

//

1  and resources and funds, intending that such funds were provided or were to be provided
2  in violation of 18 U.S.C. § 2339B.
3      All in violation of 18 U.S.C. §§ 2339C(c)(1)(A) and (2)(A).
4      Dated this 15th day of December, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ signature*

DAVID A. PIMSNER
AMY C. CHANG
Assistant U.S. Attorneys