# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jill Marie Jones,<br><br>　　　　　Defendant. | No. CR-20-00634-001-PHX-DWL<br><br>**ORDER** |

Sentencing having been set on **March 13, 2023, at 10:00 a.m.**,

IT IS ORDERED that any motions for upward departure, downward departure and sentencing memoranda shall be filed **at least** seven (7) business days prior to the sentencing date.  Responses are due three (3) business days prior to the sentencing date. Failure to comply with these deadlines may result in the Court continuing the sentencing date.  If either party intends to call a speaker, other than the Defendant, counsel must notify the Courtroom Deputy at least 3 business days in advance of Sentencing.

IT IS FURTHER ORDERED any motions to continue sentencing filed less than fourteen (14) business days prior to the sentencing date are disfavored.

Dated this 20th day of December, 2022.

Dominic W. Lanza
United States District Judge