JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>(First Request)<br>(Defendant in Custody)<br><br>Sentencing set for March 13, 2023 |

　　　　Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue sentencing in this matter for a period of at least ninety (90) days from the current date of March 13, 2023.

　　　　Additional time is necessary to prepare for sentencing in this complex matter — to complete investigation relevant to sentencing; to prepare Ms. Jones for sentencing; and to otherwise provide effective assistance of counsel.

　　　　Defense counsel contacted Assistant United States Attorney Amy Chang about the requested continuance, and Ms. Chang advised that the United States has no objection

　　　　Excludable delay under will not result from this motion or from an order based thereon.

Respectfully submitted: January 31, 2023

JON M. SANDS
Federal Public Defender

 *s/Mark Rumold*
MARK RUMOLD
Asst. Federal Public Defender