IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>           Defendant. | No. CR-20-00634-1-PHX-DWL<br><br>ORDER<br><br>**(First Request)** |

Upon motion of Defendant, with no objection from the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Sentencing (Doc. 114), for the reasons stated in Defendant's motion.

IT IS FURTHER ORDERED continuing Sentencing from March 13, 2023, to **June 12, 2023, at 10:30 a.m.**

Dated this 31st day of January, 2023.

Dominic W. Lanza
United States District Judge