JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>(Second Request)<br>(Defendant in Custody)<br><br>Sentencing set for June 12, 2023 |

　　　　Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue sentencing in this matter for a period of at least ninety (90) days from the current date of June 12, 2023.

　　　　Additional time is necessary to prepare for sentencing in this complex matter. The defense requires additional time to complete investigation relevant to sentencing; to consult with experts; to prepare Ms. Jones for sentencing; and to otherwise provide effective assistance of counsel.

　　　　Defense counsel contacted Assistant United States Attorney Amy Chang about the requested continuance, and Ms. Chang advised as follows: "The government does not object to the motion, but respectfully requests that sentencing

not be scheduled from September 8 to September 25 due to previously scheduled travel plans."

Excludable delay will not result from this motion or from an order based thereon.

Respectfully submitted: May 11, 2023

JON M. SANDS
Federal Public Defender

 *s/Mark Rumold*
MARK RUMOLD
Asst. Federal Public Defender