IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>    Defendant. | No. CR-20-00634-PHX-DWL<br><br>ORDER<br><br>(Second Request) |

    Upon motion of Defendant with no objection from the Government, and good cause appearing,

    IT IS ORDERED granting Defendant's Motion to Continue Sentencing (Doc. \_\_\_\_), for the reasons stated in Defendant's motion.

    IT IS FURTHER ORDERED continuing sentencing from June 12, 2023 to _____.

    DATED this \_\_\_\_\_ day of \_\_\_\_\_, 2023.