IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  vs.<br><br>Jill Marie Jones,<br><br>            Defendant. | No. CR 20-00634-1-PHX-DWL<br><br>ORDER<br><br>**(Second Request)** |

      Upon motion of Defendant, there being no objection from the Government, and good cause appearing,

      IT IS ORDERED granting Defendant's Motion to Continue Sentencing (Doc. 122), for the reasons stated in Defendant's motion.

      IT IS FURTHER ORDERED continuing Sentencing from June 12, 2023, to **October 2, 2023, at 2:30 p.m.**

      Dated this 12th day of May, 2023.

                                                          Dominic W. Lanza
                                                    United States District Judge