JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>      vs.<br><br>Jill Marie Jones,<br><br>             Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO CONTINUE TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**<br><br>(First Request) |

Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue the time to file objections to the Presentence Report in this matter for a period of at least sixty (60) days from the current date of May 19, 2023. Sentencing is currently set for October 2, 2023.

The Sentencing Guideline issues in this case are complex, and additional time is necessary to evaluate those objections, if any, Ms. Jones has to the Presentence Report. Because sentencing was recently continued until October 2, a sixty-day continuance will provide ample time for the parties to fully evaluate and complete briefing of any objections in advance of sentencing.

Defense counsel contacted Assistant United States Attorney David Pimsner about the requested continuance, and Mr. Pimsner advised that the United States has no objection.

Excludable delay under will not result from this motion or from an order based thereon.

Respectfully submitted:   May 19, 2023

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender