1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8                   DISTRICT OF ARIZONA
9
   United States of America,           No. CR-20-00634-PHX-DWL
10
              Plaintiff,                       ORDER
11
        vs.
12                                         (First Request)
   Jill Marie Jones,
13
              Defendant.
14

15      Upon motion of Defendant with no objection from the Government, and
16 good cause appearing,
17      IT IS ORDERED granting Defendant's Motion to Continue Time to File
18 Objections to Presentence Report  (Doc. ____), for the reasons stated in
19 Defendant's motion.
20      IT IS FURTHER ORDERED continuing the time to file objections from
21 May 19, 2023, to _____, 2023.
22      DATED this _____ day of _____, 2023.
23
24
25
26
27
28