IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00634-1-PHX-DWL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Jill Marie Jones, | **(First Request)** |
| Defendant. | |

Upon motion of Defendant, with no objection from the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Extend Time to File Objections to Presentence Report (Doc. 124), for the reasons stated in Defendant's motion.

IT IS FURTHER ORDERED extending the time to file objections to **July 18, 2023.**

Dated this 19th day of May, 2023.

Dominic W. Lanza
United States District Judge