JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE MCCLELLAN
MARK RUMOLD, Cal. Bar # 279060
Asst. Federal Public Defenders
Attorneys for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       vs.<br><br>Jill Marie Jones,<br><br>              Defendant | No. CR-20-00634-DWL<br><br>**DEFENDANT'S OBJECTION TO PRESENTENCE REPORT** |

Objection 1:  Paragraph ¶ 40: **Ms. Jones's Base Offense Level is 20**.

The applicable guideline for a violation of § 2339C(c)(2)(A) is USSG § 2X3.1.

Under § 2X3.1, the base offense level is 6 levels below the offense level for the "underlying offense." USSG § 2X3.1. For a conviction under § 2339C(c)(2)(A), the "underlying offense" means the "violation of 18 U.S.C. § 2339B with respect to which the material support or resources were concealed or disguised." USSG § 2X3.1, application note 1.

The applicable guideline for a violation of § 2339B is USSG § 2M5.3, and the base offense level is 26. *See* USSG § 2M5.3.

Subtracting 6 levels from 26 yields a base offense level of 20.

Respectfully submitted: July 18, 2023.

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender