GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
AMY C. CHANG
Arizona State Bar No. 027566
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: amy.chang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | No. CR-20-00634-PHX-DWL<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION TO PRESENTENCE REPORT** |

　　　　The United States agrees that pursuant to U.S.S.G. §§ 2X3.1 and 2M5.3, the base offense level for a violation of 18 U.S.C. § 2339C(c)(1)(A) and (2)(A) is 20.  The United States therefore agrees that Paragraph 40 of the Draft Presentence Investigation Report (Doc. 121, "Draft PSR") should be revised to reflect a base offense level of 20, rather than 26.

　　　　In addition, the United States believes that a two-level enhancement should be added to Paragraph 41 of the Draft PSR ("Specific Offense Characteristics") because the offense involved the provision of "funds or other material support or resources with the intent, knowledge, or reason to believe they are to be used to commit or assist in the commission of a violent act."  *See* U.S.S.G. § 2M5.3(b)(1)(E).  In the factual basis of her lodged plea agreement (Doc. 112), defendant admitted that on May 18, 2020, she told an FBI Online Covert Employee (OCE) she was willing to send money to purchase rifle scopes for

al Qaeda to use to kill American soldiers. A week later, she sent approximately $500 via a Visa Prepaid card with the intent that "these funds be used to purchase scopes for rifles for use by al Qaeda against American soldiers in Afghanistan." Defendant further admitted she believed the purchase of the rifle scopes "would assist al Qaeda in killing United States soldiers at a distance and would keep al Qaeda fighters safe." (Doc. 112, page 9, lines 5-9.) She was later shown a photograph of a rifle with an attached scope and told that it was purchased with the money she provided. Defendant responded, "I wish I had more to give but that'd cut into plans for leaving." (*Id.* at lines 14-15; *see also* Draft PSR, ¶¶ 20, 24-26.)

The United States believes these facts amply support the imposition of the enhancement. Defendant provided funds to a person she believed was an al Qaeda member "with the intent, knowledge, or reason to believe [the funds] [would be] used to commit or assist in the commission of a violent act," namely, the killing of American soldiers. Defendant's financial support was directed and designed to assist al Qaeda's military operations and falls squarely with the offense conduct captured by this enhancement. *See United States v. Dhirane*, 896 F.3d 295, 304-05 (4th Cir. 2018) (affirming district court's application of two-level enhancement under U.S.S.G. § 2M5.3(b)(1)(E) for defendants who collected money from members of online chat rooms and transmitted the funds to co-conspirators in Somalia and Kenya to assist al-Shabaab's terrorist activities in the Horn of Africa). The United States therefore asks that Paragraph 41 of the Draft PSR be revised to include a two-level upward enhancement.[1]

Respectfully submitted this 21st day of July, 2023.

>                                GARY M. RESTAINO
>                                United States Attorney
>                                District of Arizona
>
>                                 *s/Amy Chang*
>                                DAVID A. PIMSNER
>                                AMY C. CHANG
>                                Assistant U.S. Attorneys

---

[1] If two levels are added to the offense level under Paragraph 41, corresponding revisions should also be made to Paragraphs 45, 49, 87, and 100.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

    Mark Thomas Rumold
    Daniel Lee Kaplan
    Jane L. McClellan
    Attorneys for defendant

*/s Theresa Hanson*
U.S. Attorney's Office