JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　　Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>(Third Request)<br>(Defendant in Custody)<br><br>Sentencing set for October 2, 2023 |

　　　Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue sentencing in this matter for a period of at least sixty (60) days from the current date of October 2, 2023.

　　　Additional time is necessary to prepare for sentencing in this complex matter. The defense requires additional time to complete sentencing-specific investigation and preparation, including consulting with experts.  At this time, it is not anticipated that additional continuances will be necessary in this matter.

　　　Defense counsel contacted Assistant United States Attorney Amy Chang about the requested continuance, and Ms. Chang advised that the government does not object.

Excludable delay will not result from this motion or from an order based thereon.

Respectfully submitted: September 18, 2023

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender