IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　　Defendant. | No. CR-20-00634-PHX-DWL<br><br>ORDER<br><br>(Third Request) |

　　　　Upon motion of Defendant with no objection from the Government, and good cause appearing,

　　　　IT IS ORDERED granting Defendant's Motion to Continue Sentencing (Doc. \_\_\_\_), for the reasons stated in Defendant's motion.

　　　　IT IS FURTHER ORDERED continuing sentencing from October 2, 2023 to _____.

　　　　DATED this \_\_\_\_\_ day of \_\_\_\_\_, 2023.