JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD
Cal. Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Jill Marie Jones,<br><br>          Defendant | No. 20-cr-00634-DWL-1<br><br>**MOTION FOR LEAVE<br>TO FILE NON-ELECTRONIC<br>EXHIBIT UNDER SEAL** |

Jill Marie Jones, through undersigned counsel, respectfully seeks leave to allow the non-electronic filing of Exhibit 1 which is referenced in Defendant's Sentencing Memorandum and Motion for Downward Departure or Variance (filed under seal). The exhibit consists of a thumb drive containing a sentencing video, and therefore is not convertible to electronic form. Additionally, because the video contains OCE-material subject to the Court's protective order, *see* Protective Order, ¶ 5 (ECF 43), Ms. Jones requests that the exhibit be filed under seal.

With the Court's permission, Ms. Jones respectfully requests the opportunity to play the video at her sentencing hearing.

Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this motion.

Respectfully submitted: November 30, 2023.

JON M. SANDS
Federal Public Defender

*s/Mark Rumold*
MARK RUMOLD
Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing November 30, 2023, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Amy Chang
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Jill Marie Jones
Defendant

   *s/mm*