IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Jill Marie Jones,<br><br>　　　　Defendant | No. 20-cr-006344-DWL-1<br><br>**ORDER** |

　　　　Upon motion of the defendant, and good cause shown therefore,

　　　　IT IS HEREBY ORDERED granting Defendant's Motion for Leave to File Non-Electronic Exhibit under Seal, thereby permitting the defendant to file a non-electronic exhibit in support of Defendant's Sentencing Memorandum and Motion for Downward Departure or Variance, filed under seal on November 30, 2023.