IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Jill Marie Jones,<br><br>  Defendant | No. CR-20-00634-PHX-DWL<br><br>**ORDER** |

Upon motion of the defendant, and good cause appearing,

IT IS ORDERED granting Defendant's Motion for Leave to File Non-Electronic Exhibit Under Seal (Doc. 137). Defendant is permitted to file a non-electronic exhibit in support of Defendant's Sentencing Memorandum and Motion for Downward Departure or Variance.

Dated this 30th day of November, 2023.

Dominic W. Lanza
United States District Judge