JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jill Marie Jones,<br><br>    Defendant. | No.  CR-20-00634-PHX-DWL<br><br>**JOINT MOTION TO CONTINUE SENTENCING**<br><br>(Fourth Request)<br>(Defendant in Custody)<br><br>Sentencing set for December 11, 2023 |

    Defendant Jill Marie Jones, through undersigned counsel, respectfully requests the Court continue sentencing in this matter for a period of at least forty-five (45) days from the current date of December 11, 2023. The government joins in this motion.

    Additional time is necessary to accommodate a miscommunication between the parties concerning the timing of filings in this matter.

    Previously, the government requested, and the defense agreed, that the defense would provide any mitigation material to the government in enough time, in advance of sentencing, to allow the government an opportunity to review the material, consult with other interested components of the Department of Justice,

1

and to formulate a sentencing recommendation that takes those materials into account.

The defense provided mitigation materials to the government on November 24, 2023. However, in light of the Thanksgiving holiday and other unforeseen circumstances, the government has not yet had sufficient time to consider the materials.

Accordingly, Ms. Jones respectfully requests that sentencing in this matter be continued for 45 days.

Excludable delay will not result from this motion or from an order based thereon.

Respectfully submitted:   November 30, 2023

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender