IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00634-PHX-DWL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Jill Marie Jones, | (Fourth Request) |
| Defendant. | |

Upon joint motion of the Defendant and Government, and good cause appearing,

IT IS ORDERED granting the Joint Motion to Continue Sentencing (Doc. ____), for the reasons stated in the motion.

IT IS FURTHER ORDERED continuing sentencing from December 11, 2023 to _____.

DATED this _____ day of _____, 2023.

2