JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARK RUMOLD
Cal. Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 20-CR-00634-DWL-1 |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE TO FILE OVERSIZE SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE OR VARIANCE** |
| vs. | |
| Jill Marie Jones, | |
| Defendant | |

Jill Marie Jones, through undersigned counsel, respectfully seeks leave to file a sentencing memorandum and motion for downward departure or variance that is 25 pages or less.

By local rule, and "[u]nless otherwise permitted by the Court," motions and supporting memoranda are typically limited to 17 pages. *See* L.R. Crim. 12.1(a), L.R. Civ. 7.2(e).

Good cause exists to file a sentencing memorandum in this matter that is slightly longer than usual. This case is unusual and complex in many respects. For example, the factual background—both of Ms. Jones's life and the underlying crime—is remarkable and warrants careful explanation. Further, the application of the Sentencing Guidelines in this case presents uncommonly difficult issues, warranting some additional discussion.

1   Overall, the complexity of the case and the issues presented at sentencing
2   counsel in favor of providing additional written treatment of the issues, in advance,
3   to assist the Court's consideration of this matter. Ms. Jones respectfully requests
4   the Court grant the motion.
5   Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this
6   motion.
7   Respectfully submitted:   January 24, 2024.

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender

Copy of the foregoing transmitted by ECF for filing January 24, 2024, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Amy Chang
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Jill Marie Jones
Defendant

  *s/ml*