IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>Jill Marie Jones,<br><br>        Defendant | No. 20-CR-00634-DWL-1<br><br>**ORDER** |

      Upon motion of the defendant, and good cause shown therefore,

      IT IS HEREBY ORDERED granting Defendant's Motion for Leave to File Oversized Sentencing Memorandum and Motion for Downward Departure or Variance. Defendant's sentencing memorandum and motion shall be twenty-five pages or less.