IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Jill Marie Jones,<br><br>　　　　　Defendant | No. 20-CR-00634-DWL-1<br><br>**ORDER** |

　　　　Upon Defendant's Motion for Leave to File Oversize Sentencing Memorandum and Motion for Downward Departure or Variance (Doc. 141), and good cause shown therefore,

　　　　IT IS ORDERED granting Defendant's Motion. Defendant's sentencing memorandum and motion shall be twenty-five pages or less.

　　　　Dated this 25th day of January, 2024.

　　　　　　　　　　　　　　　　　　Dominic W. Lanza
　　　　　　　　　　　　　　　　　　United States District Judge